# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Carrum Technologies, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>FCA US LLC,<br><br>    Defendant.<br><br>C.A. No. 18-cv-1646-RGA<br><br>United States District Court<br>for the District of Delaware | Misc. Case No. |

## Index of Exhibits

| Exhibit No. | Description |
|---|---|
| A. | Unredacted (proposed redactions indicated by highlighting) Motion to Compel Compliance with Rule 45 Subpoena Issued from the District of Delaware to Non-Party Bosch ("Motion to Compel"), accompanying Brief in Support of Motion to Compel, and related exhibits 1–16 |
| B. | Redacted Motion to Compel, accompanying Brief in Support of Motion to Compel, and related exhibits 1–16 |

4857-2739-8919.v1